UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| **DARLENE MCKEE** | ) |
| | ) |
| | ) **Chapter 13** |
| | ) **Case No. 25-12615** |
| **Debtor** | ) |
| | ) |

DEBTOR DARLENE MCKEE MOTION TO EXTEND THE AUTOMATIC STAY
EXPEDITED HEARING REQUESTED

COMES NOW, the Debtor, Darlene McKee ("Debtor"), by and through undersigned counsel, who herein respectfully files her Motion to Extend the Automatic Stay. As reasons therefore, the Debtor previously filed for relief under Chapter 13 of the United States Bankruptcy Code under Ca. No. 24-11641 on August 14, 2024. On July 22, 2024 this case was dismissed for "Feasibility".

**STANDARD**

Under 11 U.S.C., §362(c)(3)(C)(ii), a presumption that a case was not filed in good faith may be overcome by clear and convincing evidence. Under the existing body of law defining "good faith" in the bankruptcy context, and hones debtor making a second attempt to save a home would be considered to have been filed in good faith by most courts, [see In re Crosby, 535 B.R. 908 (Bankr. S.D. Ga. 2015), In re Riedy, 517

1

B.R. 88 (Bankr W.D. Mich 2014) (good faith shown based upon debtor's testimony that his business was recovering and that his health had improved).

A showing by the debtor of a "change in personal or financial circumstances" or other reason why the current case will be successful is generally sufficient to rebut in inference of bad faith, see 1200 Buena Vista Condos v. Young (In re Young), 467 B.R. 792 (Bankr W.D. Pa. 2012).

An expedited hearing is required under 11 U.S.C., §362(c)(3)(C)(ii) where the Motion and hearing on the Debtor's Motion must occur within thirty (30) days of the filing of the Debtor's Petition.

## ARGUMENT

**I.  THE DEBTOR'S PREVIOUS CASE WAS DISMISSED FOR FINANCIAL WHERE SHE WAS WAITING TO BE APPROVED FOR SOCIAL SECURITY DISABILITY PAYMENTS**

Indeed, in the Debtor's 2024 Petition in Ca. No. 24-11641, she noted on schedule A/B (Doc. #16) the following:

> The Debtor states that she has a pending social security disability claim. the original claim was denied and her case is in the appeals process. When/if the disability claim is awarded, the Debtor will amend her petition & schedules

Unfortunately, that appeals process took an unexpectedly long time to be finally Approved. This delay precipitated an unavailability of funds at that time.

There is now changed financial circumstances, in which the Debtor was awarded these payments, and now will have an additional, $1,769.00 per month income. These changed financial circumstances, along with the fact that the Debtor seeks to save her residential abode should militate a finding that the Debtor has rebutted fining the instant

2

second petition in bad faith. The Debtor has also submitted a brief Affidavit, along with the attached Disability Award letter.

WHEREFORE, the Debtor respectfully requests that, on the basis of changed financial circumstances, that the Automatic Stay in this case continue beyond thirty (30) days nd for the duration of her case, as against all Creditors, or in the alternative solely as against her mortgage creditor on her personal residence, North Shore Bank, successor by merger to Abington Bank (successor in interest by merger to Envision Bank).

/s/Glenn F. Russell, Jr.
Glenn F. Russell, Jr., Esq. (BBO#656914)
Law Office of Glenn F. Russell, Jr.
38 Rock Street - Suite #12
Fall River, MA 02720
(888) 400-9318
russ45esq@gmail.com

## CERTIFICATE OF SERVICE

I, Glenn F. Russell, Jr., hereby certify that on December 03, 2025, a copy of the foregoing Document was served upon the following through either the ECF Filing System or by USPS, postage prepaid.

***Assistant U.S. Trustee***
**Richard King - B**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

*Trustee*
**Carolyn Bankowski-13-12**
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114

**Caine & Weiner**
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Chase Card Services**
PO Box 15298
Wilmington, DE 19850

**Chase Card Services**
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

**Discover Financial**
PO Box 30939
Salt Lake City, UT 84130-0939

**Discover Financial**
Attn: Bankruptcy
PO Box 30943
Salt Lake City, UT 84130-0943

**Jpmcb Card**
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

**Liberty Utilities**
PO Bix 219094
Kansas City, MO 64121

**LL Bean**
Attn: Citicorp Centralized Bankruptcy
Citi/L.L. Bean Po Box 790040
Sioux Falls, SD 57117

**LVNV Funding/Resurgent Capital**
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

**Massachusetts Dept of Revenue**
PO Box 7089
Boston, MA 02241

**National Grid**
300 Erie Blvd.
West Syracuse, NY 13202

**North Shore Bank**
PO Box 150
Northville, NY 12134

**Prima Care**
277 & 289 Pleasant St
Fall River , MA 02721

**Resurgent Capital Services**
Attn: Bankruptcy
Po Box 10497
Greenville , SC 29602


**Td Bank USA N A**
TD Bank, N.A. Bankruptcy Department
PO Box 9547
Portland, ME 04112

                                                               /s/Glenn F. Russell, Jr.
                                                               Glenn F. Russell, Jr.