## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **DARLENE MCKEE** | ) | |
| | ) | |
| | ) | **Chapter 13** |
| | ) | **Case No. 25-12615** |
| **Debtor** | ) | |
| | ) | |

### AFFIDAVIT OF DEBTOR DARLENE MCKEE IN SUPPORT
### OF HER MOTION TO EXTEND THE AUTOMATIC STAY

To Whom it may concern,

Prior to October 2025, DURING MY PREVIOUS Chapter 13 case, I had no income. I had begun my disability pursuit as of May 2023 and had since dissolved all savings, IRA holdings and family members ability to lend money. I have had to rely heavily on my son to pay what he could to keep us going until my Disability was recently approved.

I now believe that I have sufficient income to support my Chapter 13 Plan.

### **VERIFICATION**

I, Darlene McKee, being first duly sworn according to law, deposes and states that she has stated the above under the pain and penalties of perjury, this the P¹ day of December, 2025

Darlene McKee

12/01/2025
Date

# Social Security Administration
# **Benefit Verification Letter**

Date: November 29, 2025
BNC#: 25RN311D24718
REF: A, DI

DARLENE SUE MCKEE
248 IRVING AVE
SOMERESET MA  02726-2321

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2025, the full monthly Social Security benefit before any deductions is $1,972.10.

We deduct $202.90 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,769.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

We found that you became disabled under our rules on May 5, 2023.

## Information About Past Social Security Benefits

From October 2025 to November 2025, the full monthly Social Security benefit before any deductions was $1,918.40.

We deducted $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,733.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

25RN311D24718

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning November 2025.

You are entitled to medical insurance under Medicare beginning November 2025.

Your Medicare number is 4JE6HJ2PF85.  You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is July 2, 1971.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-964-3967**.

SOCIAL SECURITY
400 NORTH MAIN STREET
FALL RIVER MA 02720

*Social Security Administration*